

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-52-BLG-SPW |
| --- | --- |
| Plaintiff, | |
| vs. | ORDER |
| TRAVIS JOHN IVERSON, | |
| Defendant. | |

Upon the United States' Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 20), and for good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

DATED this 10th day of February, 2017.

SUSAN P. WATTERS
United States District Court Judge

1