

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS JOHN IVERSON,<br><br>Defendant. | CR 16-52 -BLG-SPW<br><br><br>ORDER |

Upon the Defendant's Motion to File Document Under Seal (Doc. 41), and for good cause being shown,

IT IS HEREBY ORDERED that the Psychological Evaluation is filed under seal.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 21st day of July, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge

1