**FILED**

AUG - 3 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-52-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| TRAVIS JOHN IVERSON, | |
| Defendant. | |

For the reasons stated on the record, TRAVIS JOHN IVERSON is hereby released from the custody of the U.S. Marshal Service.

DATED this 3rd day of August, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1